NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ZKEY INVESTMENTS, LLC,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK, INC.,**
*Defendant-Appellee*

---

2017-1429

---

Appeal from the United States District Court for the Central District of California in No. 2:16-cv-00782-RSWL-KS, Senior Judge Ronald S.W. Lew.

---

## JUDGMENT

---

MICHAEL F. HEIM, Heim, Payne & Chorush, LLP, Houston, TX, argued for plaintiff-appellant. Also represented by ROBERT ALLAN BULLWINKEL, ERIC J. ENGER; AMIR H. ALAVI, DEMETRIOS ANAIPAKOS, Ahmad, Zavitsanos, Anaipakos, Alavi & Mensing PC, Houston, TX.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by MARK R. WEINSTEIN.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, MOORE, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

January 10, 2018
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court